# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

```
..  ELr ULLRA
..5. JISTRICT COURT
06 JUL 31 PM 2:29
TEXAS-EASTERN
BY _____
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:06cr69 |
| | § | (Judge Brown) |
| REANNA LEE TULLY | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

ORDERED that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

ORDERED that Defendant's supervised release is hereby **REVOKED**. It is further

ORDERED that Defendant shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, with no supervised release to follow. It is finally

**ORDERED** that Defendant complete a 500 hour drug treatment program while in custody.

SIGNED this _31st_ day of _July_, 2006.

_Paul Brown_

PAUL BROWN
UNITED STATES DISTRICT JUDGE

2